

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-23-00041-CV
_____

SHIRLON AUER, Appellants

V.

KAMY REAL PROPERTY TRUST, Appellee

On Appeal from the County Court at Law No. 1
Johnson County, Texas
Trial Court No. CC-C20220151

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

Appellant Shirlon Auer timely filed a pro se notice of appeal on April 20, 2023.[1] The reporter's record was filed on June 21, 2023, and the clerk's record was filed on July 7, 2023. The original deadline for Auer's appellate brief was August 7, 2023.

On August 10, 2023, we received a document that purported to be Auer's appellate brief. The next day, we sent Auer a letter explaining that, for numerous reasons, the document we received was inadequate to serve as a brief because it did not meet the requirements of Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. In our letter, we provided Auer with a detailed explanation of why the document she provided to this Court failed to comply with Rule 38.1. We informed Auer that, if she did not file a brief that complied with Rule 38.1 by September 1, 2023, the appeal would be ripe for dismissal. On September 7, 2023, Auer filed a motion for an extension of time to file her corrected brief. This Court granted Auer's motion, giving her until September 12, 2023, in which to file her corrected brief. On September 26, 2023, this Court sent a notice to Auer informing her that her brief was late, extending her briefing deadline to October 11, 2023, and advising her that failure to file a brief that complied with Rule 38.1 by that date would subject her appeal to dismissal for want of prosecution.

On October 12, 2023, Auer provided this Court with a second document that we construed as her "corrected" brief. That document also failed to comply with the requirements of

---

[1]Originally appealed to the Tenth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to Section 73.001 of the Texas Government Code. *See* TEX. GOV'T CODE ANN. § 73.001. We are unaware of any conflict between precedent of the Tenth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.

Rule 38.1. Because Auer did not file a brief meeting the requirements of Rule 38.1, her appeal is ripe for dismissal.[2]

Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8, 42.3; *see also Williams v. Johnson*, No. 10-02-346-CV, 2003 WL 21361266 (Tex. App.—Waco June 4, 2003, pet. denied) (per curiam) (mem. op.).

Jeff Rambin
Justice

Date Submitted:     October 23, 2023
Date Decided:       October 24, 2023

---

[2]Having provided Auer with ample opportunity to file a proper brief in this matter, we are disinclined to provide her with further direction on how to file a brief that complies with Rule 38.1 of the Texas Rules of Appellate Procedure. Moreover, we do not have the opposing party's brief and, therefore, cannot affirm upon that brief without examining the record. *See* TEX. R. APP. P. 38.8(a).